## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

DANIEL JAURIGUI,

    Plaintiff,

v.                                        No. CIV 20-0828 JB/LF

CHRIS BRICE and
U.S. MARSHAL SERVICE

    Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on its Memorandum Opinion and Order, filed February 26, 2021 (Doc. 18)("MOO").  In the MOO, the Court dismisses without prejudice Plaintiff Daniel Jaurigui's Petition Under 28 U.S.C. § 2241 For a Writ of Habeas Corpus, filed August 17, 2020 (Doc. 1).  <u>See</u> MOO at 1.  With no more parties, claims, or issues before the Court, the Court enters Final Judgment disposing of this case, pursuant to rule 58(a) of the Federal Rules of Civil Procedure.

**IT IS ORDERED** that: (i) Plaintiff's Petition Under 28 U.S.C. § 2241 For a Writ of Habeas Corpus, filed August 17, 2020 (Doc. 1), is dismissed without prejudice; and (ii) Final Judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Parties:*

Daniel Jaurigui
Luna County Detention Center
Deming, New Mexico

    *Pro Se Plaintiff*